DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY MACMILLAN BURCHFIELD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-963

[August 26, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Shepherd, Judge; L.T. Case Nos. 50-2016-CF-012192-AXXX-MB, 50-2016-CF-12704-AXXX-MB, 50-2017-CF-000151-AXXX-MB, 50-2017-CF-000435-AXXX-MB, 50-2017-CF-000556-AXXX-MB, 50-2017-CF-000638-AXXX-MB, 50-2017-001464-AXXX-MB, 50-2017-CF-003832-AXXX-MB

Jeffrey MacMillan Burchfield, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***